# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBBIE L. NEILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 24-cv-228-GAG-DES |
| **FRANK J. BISIGNANO,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The undersigned has reviewed the administrative record (Docket No. 10), as well as the parties' respective briefs (Docket Nos. 12, 14, 15), report & recommendation (Docket No. 16), as well as the objection and reply thereto (Docket Nos. 17, 19).

I conclude that the appealed agency decision is indeed supported by substantial evidence of record. See Noreja v. Soc. Sec. Comm'r, 952 F. 3d 1172, 1177 (10th Cir. 2020). In doing so I am cognizant that my role does not allow me to reweigh the evidence nor apply my own judgment over that of the administrative law judge (ALJ). Id. at 1178.

Plaintiff posits that the administrative law judge improperly considered her shoulder impairment, as well as evidence from her licensed professional counselors. I concur with Magistrate Judge Snow that no such errors occurred. The ALJ correctly applied the five-step sequential disability analysis. In doing so, her findings and conclusions are indeed supported by substantial evidence. Moreover, the ALJ considered and weighed all the evidence, including that of plaintiff's licensed professional counselors.

Accordingly, I hereby ADOPT in its entirety the detailed reasoning in Judge Snow's Report & Recommendation (Docket No. 16).  The Commissioner's decision finding plaintiff not disabled is thus AFFIRMED.  Judgment shall be entered accordingly.

So Ordered.

/s/ Gustavo A. Gelpí _____
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation